Case Number (For Court Use Only): **17CW-CV00410**

# CONFIDENTIAL CASE FILING INFORMATION SHEET – NON-DOMESTIC RELATIONS

**INSTRUCTIONS:**
- ✓ Complete this form for all parties known at the time of filing. Provide the most appropriate Case Type and Party Type codes and descriptions. (Found on the Case Types List and Party Types List at www.courts.mo.gov on the Court Forms/Filing Information page.)
- ✓ If additional space is needed, complete additional Confidential Case Filing Information Sheets.

**NOTE:** The **full** Social Security Number (SSN) is *required* pursuant to Missouri Supreme Court Operating Rule 4 if the party is a person; exception can only be granted if the information is not reasonably available. **This is a confidential record due to the SSN and possible confidential addresses. However, this information is used to open a case in the Missouri State Courts Automated Case Management System. Cases deemed public under Missouri Revised Statutes can be accessed through Case.net. The day and month of birth, SSN, and confidential addresses are NOT provided to the public through Case.net access.**

Filing Date: May 24, 2017
County/City of St. Louis: Callaway County
Style of Case: Linda Yedinak, et al. v. Great Dane, LLC, et al.
(i.e., In the Estate of; In the Matter of; Petitioner v. Respondent.)
Case Type Code: TH
Case Type Description: Wrongful Death

---

Party Type Code: PLT
Party Type Description: Plaintiff
Name (if a person): (Last) Yedinak (First) Linda (Middle)
Organization (if non-person):
Address: 2008 Archway Drive
City: Wentzville State: MO Zip: 63385 Contact Telephone Number:
DOB/DOD: 09/03/1952 Gender: ☐ Male ☒ Female SSN: XXX-XX-9362
Attorney Name (if represented by counsel): Daniel T. DeFeo Bar ID: 35161 Party Type Code: APLT

---

Party Type Code: PLT
Party Type Description: Plaintiff
Name (if a person): (Last) Yedinak (First) Kevin (Middle)
Organization (if non-person):
Address: 2008 Archway Drive
City: Wentzville State: MO Zip: 63385 Contact Telephone Number:
DOB/DOD: 12/17/1961 Gender: ☒ Male ☐ Female SSN: XXX-XX-0398
Attorney Name (if represented by counsel): Daniel T. DeFeo Bar ID: 35161 Party Type Code: APLT

---

Party Type Code: DFT
Party Type Description: Defendant
Name (if a person): (Last) (First) (Middle)
Organization (if non-person): Great Dane, LLC
Address: 300 B East High Street
City: Jefferson City State: MO Zip: 65101 Contact Telephone Number:
DOB/DOD: Gender: ☐ Male ☐ Female SSN:
Attorney Name (if represented by counsel): Bar ID: Party Type Code:

---

Submitted by: Daniel T. DeFeo Bar ID (required if attorney): 35161
Address (if not shown above): 1627 Main Street, Suite 801
City: Kansas City State: MO Zip: 64108
Phone: (816) 581-4600 Email Address: ddefeo@defeokolker.com

*IMPORTANT: It is the parties' responsibility to keep the court informed of any change of address.

**EXHIBIT A**

OSCA (10-10) FI-05

# CONFIDENTIAL CASE FILING INFORMATION SHEET – NON-DOMESTIC RELATIONS

**INSTRUCTIONS:**
✓ Complete this form for all parties known at the time of filing. Provide the most appropriate Case Type and Party Type codes and descriptions. (Found on the Case Types List and Party Types List at www.courts.mo.gov on the Court Forms/Filing Information page.)
✓ If additional space is needed, complete additional Confidential Case Filing Information Sheets.

**NOTE:** The **full** Social Security Number (SSN) is *required* pursuant to Missouri Supreme Court Operating Rule 4 if the party is a person; exception can only be granted if the information is not reasonably available. **This is a confidential record due to the SSN and possible confidential addresses. However, this information is used to open a case in the Missouri State Courts Automated Case Management System. Cases deemed public under Missouri Revised Statutes can be accessed through Case.net. The day and month of birth, SSN, and confidential addresses are NOT provided to the public through Case.net access.**

Filing Date: __May 24, 2017__  County/City of St. Louis: __Callaway County__

Style of Case: __Linda Yedinak, et al. v. Great Dane, LLC, et al.__
(i.e., In the Estate of; In the Matter of; Petitioner v. Respondent.)

Case Type Code: __TH__  Case Type Description: __Wrongful Death__

---

Party Type Code: __DFT__  Party Type Description: __Defendant__
Name (if a person): (Last) _____ (First) _____ (Middle) _____
Organization (if non-person): __RJ Truck Lines LLC__
Address: __5817 Commodore Cove Drive__
City: __Las Vegas__  State: __NV__  Zip: __89142__  Contact Telephone Number: _____
DOB/DOD: _____  Gender: ☐ Male ☐ Female  SSN: _____
Attorney Name (if represented by counsel): _____  Bar ID: _____  Party Type Code: _____

---

Party Type Code: __DFT__  Party Type Description: __Defendant__
Name (if a person): (Last) __Cardenas-Villapando__ (First) __Jose__ (Middle) __L.__
Organization (if non-person): _____
Address: __4327 Wyndham Street__
City: __Las Vegas__  State: __NV__  Zip: __89115__  Contact Telephone Number: _____
DOB/DOD: _____  Gender: ☒ Male ☐ Female  SSN: _____
Attorney Name (if represented by counsel): _____  Bar ID: _____  Party Type Code: _____

---

Party Type Code: _____  Party Type Description: _____
Name (if a person): (Last) _____ (First) _____ (Middle) _____
Organization (if non-person): _____
Address: _____
City: _____  State: _____  Zip: _____  Contact Telephone Number: _____
DOB/DOD: _____  Gender: ☐ Male ☐ Female  SSN: _____
Attorney Name (if represented by counsel): _____  Bar ID: _____  Party Type Code: _____

---

Submitted by: __Daniel T. DeFeo__  Bar ID (required if attorney): __35161__
Address (if not shown above): __1627 Main Street, Suite 801__
City: __Kansas City__  State: __MO__  Zip: __64108__
Phone: __(816) 581-4600__  Email Address: __ddefeo@defeokolker.com__

*IMPORTANT: It is the parties' responsibility to keep the court informed of any change of address or employment.*

OSCA (10-10) FI-05

IN THE CIRCUIT COURT OF CALLAWAY COUNTY
STATE OF MISSOURI

| | |
|---|---|
| Linda and Kevin YEDINAK, ) <br> 2008 Archway Drive ) <br> Wentzville, MO 63385 ) <br> ) Cause No. _____ <br> Plaintiffs, ) <br> ) Division No. <br> v. ) <br> ) <br> GREAT DANE LLC ) <br> d/b/a Great Dane Trailers ) <br>     Serve: ) JURY TRIAL DEMANDED <br>     Universal Registered Agents, Inc. ) <br>     300 B East High Street ) <br>     Jefferson City, MO 65101 ) <br> ) <br> and ) <br> ) <br> RJ TRUCK LINES LLC ) <br>     Serve: ) <br>     Roberto Bazan Carmona ) <br>     5817 Commodore Cove Drive ) <br>     Las Vegas, NV 89142 ) <br> ) <br> and ) <br> ) <br> JOSE L. CARDENAS-VILLAPANDO ) <br>     Serve: ) <br>     4327 Wyndham Street ) <br>     Las Vegas, NV 89115 ) <br> ) <br> Defendants. ) | |

**<u>PLAINTIFFS' PETITION FOR WRONGFUL DEATH</u>**

COMES NOW Plaintiffs, Linda and Kevin Yedinak, as natural parents of Bethany M. Yedinak, (deceased) by and through their counsel of record DeFeo & Kolker, LLC and for their cause of action for wrongful death pursuant to Chapter 537.080.1 against Defendants Great Dane

1

LLC d/b/a Great Dane Trailers, RJ Truck Lines LLC and Jose L. Cardenas-Villapando state and allege as follows:

## JURISDICTION AND VENUE

1.  On or about June 13, 2014, Bethany M. Yedinak was operating a 2011 Nissan Sentra on Interstate 70 East, at or near mile marker 150. At that time and place Defendant Jose L. Cardenas-Villapando was driving a 2007 Freightliner Tractor pulling a 1999 Great Dane box trailer on Interstate 70 East, at or near mile marker 150 when Defendant Jose L. Cardenas-Villapando stopped for traffic, which led to a collision between the 2011 Sentra and the rear end of the 1999 Great Dane box trailer manufactured by Great Dane, which resulted in an under-ride collision that led to fatal injuries to Bethany M. Yedinak, which caused her death two days later on June 15, 2014.

2.  At the time of her death Bethany M. Yedinak was a resident of Wentzville, State of Missouri. Plaintiffs Linda and Kevin Yedinak are residents of Wentzville, State of Missouri and are the surviving parents of Bethany M. Yedinak, deceased and are authorized to bring this cause of action pursuant to the Missouri Wrongful Death Act, Chapter 537.080.

3.  Defendant Jose L. Cardenas-Villapando is a resident of Las Vegas, State of Nevada and at the time of the occurrence was employed by Defendant RJ Truck Lines LLC (hereinafter "RJ Truck Lines").

4.  Defendant RJ Truck Lines was the owner of the Freightliner Truck.

5.  The RJ Truck Lines semi at issue in this case is a Commercial Motor Vehicle as defined by 49 C.F.R. § 390.3.

6.  Defendant RJ Truck Lines, as a Commercial Motor Carrier, is required to assure that its vehicle operated in accord with the federal regulations under 49 C.F.R. §§ 390.3 & 392.1.

7. Defendant Cardenas-Villapando is a Commercial Operator and is required to operate the vehicle in accord with the federal regulations under 49 C.F.R. §§ 390.3 & 392.1.

8. Defendant RJ Truck Lines is the trailer cargo operator.

9. Defendant RJ Truck Lines regularly conducts business throughout the State of Missouri including Callaway County in the State of Missouri. Not by limitation, but by means of illustration, Defendant's activities in this State and/or County include:

    a. Forming and performing contracts;

    b. Regularly operating commercial delivery vehicles on Missouri roadways;

    c. Advertising to Missouri businesses and residents; and

    d. Supplying and transporting products to Missouri businesses and residents.

10. Because Defendant RJ Truck Lines has continually and systematically conducted business in the State of Missouri, this court has *in personam* jurisdiction over Defendant.

11. Plaintiffs allege below that Defendants RJ Truck Lines, Jose L. Cardenas-Villapando, and Great Dane LLC d/b/a Great Dane Trailers all have committed a tort within the State of Missouri.

12. Great Dane LLC d/b/a Great Dane Trailers (hereinafter "Great Dane") was at all times herein concerned a Delaware limited liability company doing business in the State of Missouri.

13. Defendant Great Dane regularly and in the ordinary course of business conducts commerce in the State of Missouri with the sale of its trailers and trailer parts.

14. Defendant Great Dane has a network of distributors in the State of Missouri including, but not limited to: Great Dane, 1409 NW Bypass, Springfield, Missouri 65803;

3

Missouri Great Dane, 404 South Cool Springs Road, O'Fallon, Missouri 63366; and Missouri Great Dane 2650 Co. Highway 401, Benton, Missouri 63736.

15. Defendant Great Dane regularly conducts business throughout the State of Missouri including Callaway County in the State of Missouri. Not by limitation, but by means of illustration, Defendant's activities in this State and/or County include:

    a. Selling products;

    b. Forming and performing contracts;

    c. Owning and/or leasing commercial vehicles and trailers;

    d. Regularly operating commercial delivery vehicles on Missouri roadways;

    e. Advertising to Missouri businesses and residents; and

    f. Supplying and transporting products to Missouri businesses and residents.

16. This Court has long-arm jurisdiction over Defendant Great Dane pursuant to § 506.500.1(1)-(3) R.S.Mo. (2010).

17. Because the injuries and wrongful death complained of herein first occurred in Callaway County, venue is proper pursuant to § 508.010.4 R.S.Mo. (2010).

## FACTUAL ALLEGATIONS RELATING TO ALL CLAIMS

18. The facts and allegations contained in the paragraphs above are incorporated herein by reference.

19. Defendant RJ Truck Lines employed Jose L. Cardenas-Villapando as the operator of its commercial vehicle and trailer.

20. On June 13, 2014 while traveling on Interstate 70 East, near mile marker 150 Defendant Cardenas-Villapando was operating a 2007 Freightliner Truck with a 1999 Great

4

Case 2:17-cv-04131-BCW   Document 1-1   Filed 07/27/17   Page 6 of 17

Electronically Filed - Callaway - May 24, 2017 - 03:34 PM

Dane Trailer (hereinafter "subject semi"). Defendant RJ Truck Lines owned, licensed, and insured the subject semi.

21. At the date and time of the subject accident Defendant Cardenas-Villapando was performing his duties within the scope and course of his employment with Defendant RJ Truck Lines.

22. Defendant Cardenas-Villapando was, at the time of the occurrence, a Class A commercial vehicle operator.

## COUNT I-NEGLIGENCE
## AGAINST DEFENDANTS RJ TRUCK LINES LLC AND
## JOSE L. CARDENAS-VILLAPANDO

23. The facts and allegations contained in the paragraphs above are incorporated herein by reference.

24. Interstate 70 in Callaway County, Missouri is a public and open highway with two eastbound lanes and a posted speed limit of 70 mph.

25. On June 13, 2014, at approximately 4:20 p.m., Plaintiffs' decedent, Bethany M. Yedinak, was operating her subject 2011 Nissan Sentra on Interstate 70 East behind the Defendants' vehicle traveling in the same direction. As a result of the negligent acts of the Defendant, a crash occurred which caused fatal injuries to Bethany M. Yedinak, who suffered severe pain, suffering, and mental anguish prior to her death two days later on June 15, 2014.

26. Bethany M. Yedinak's injuries and ultimate death were all caused as a direct and proximate result of the willful and wanton conduct of Defendant Cardenas-Villapando.

27. Bethany M. Yedinak was at all times exercising ordinary care for her own safety and is not guilty of any willful or wanton misconduct or negligence.

28. As a direct and proximate cause of the Defendants' aforesaid negligence, Bethany M. Yedinak was injured. Her injuries were fatal causing her death two days later on June 15, 2014. As a result, she incurred expenses for medical treatment, pain and suffering, loss of enjoyment of life, mental anguish, inconvenience, physical impairment, and humiliation.

29. Bethany M. Yedinak's injuries and ultimate death were all caused as a direct and proximate result of the negligent act and omissions of Defendants, and their complete disregard for the safety of other persons in the following respects:

   a. Defendant dangerously operated his semi with the adjustable trailer axels forward of the ICC bumper on Interstate 70 under conditions which did not warrant, and permitted plaintiffs Sentra to underride the trailer resulting in occupant space intrusion which led to injury and death;

   b. Defendant failed to safely change lanes and to maintain his lane of travel creating confusion for other vehicles including the Sentra operated by Bethany M. Yedinak these acts were committed when he knew or should have known that in doing so he would be exposing the motoring public to unreasonable risk of injury;

   c. Defendant Cardenas-Villapando lost focus on the task of driving safely;

   d. Defendant Cardenas-Villapando failed to keep a lookout for other vehicles and/or persons;

   e. Defendant Cardenas-Villapando failed to keep his vehicle under control;

   f. Defendant filed to properly maintain the trailer ICC bar when he knew or should have known that in doing so he would be exposing the motoring public to unreasonable risk of injury;

g. Defendants failed to comply with 49 C.F.R. § 392.1. Scope of the Rule in this Part. Every motor carrier, its officers, agents, representatives, and employees responsible for the management, maintenance, operation, or driving of commercial motor vehicles, or the hiring, supervising, training, assigning, or dispatching of drivers, shall be instructed in and comply with the rules in this part.

h. Defendants failed to comply with 49 C.F.R § 383.110. General requirement. All drivers of CMVs must have the knowledge and skills necessary to operate a CMV safely as contained in this subpart. The specific types of items that a State must include in the knowledge and skills tests that it administers to CDL applicants are included in this subpart.

30. Defendants' negligence directly and proximately caused the death of Bethany M. Yedinak.

31. The aforesaid fault of Defendants directly caused, directly contributed to cause, and/or combined to directly cause conscious pain and suffering, a fear of impending death, and the eventual wrongful death of Bethany M. Yedinak.

32. Defendants' actions were willful, wanton, reckless, and displayed in a complete indifference to and conscious disregard for the safety of Bethany M. Yedinak.

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, for damages, aggravating circumstances, and costs of this action, in an amount in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) and for such other and further relief as the Court deems just; and for a trial by jury on all issues so triable as a matter of right.

## COUNT II-STRICT LIABILITY
## DEFECTIVE DESIGN AGAINST GREAT DANE LLC

33. The facts and allegations contained in the paragraphs above are incorporated herein by reference.

34. Great Dane LLC is a limited liability company with its corporate headquarters in Chicago, Illinois located at 222 North LaSalle Street Suite 920, Chicago, Illinois 60601.

35. Defendant Great Dane designed, manufactured, and sold a certain 53-foot trailer licensed in California with plate number 4LP2113.

36. During the impact described above, the under-ride ICC guard on the trailer failed causing massive intrusion of the trailer into the driver's side occupant space of the Sentra.

37. The occurrence of an impact of this nature was reasonably foreseeable to Great Dane.

38. The occurrence of an impact of this nature was likely to cause serious injury or death to front seat passengers if an under-ride guard failed.

39. Before the subject trailer was sold, it was feasible for the Defendant to have provided an under-ride guard that would absorb crash energy, prevent excessive under-ride and prevent the loss of life in an occurrence of this nature.

40. The design of the Great Dane trailer and its under-ride guard proximately caused the fatal injuries of Bethany M. Yedinak.

41. Any benefits in the design of the Great Dane trailer and its under-ride guard do not outweigh the risks inherent in its defective design.

42. The trailer at the time of the crash was in substantially the same condition as it was when Defendant placed it into the stream of commerce.

43. When the trailer left the Defendants' control, the trailer and its under-ride guard were in an unreasonably dangerous condition in that:

   a. The design of the trailer under-ride guard was too weak and ineffective to prevent substantial intrusion of the occupant space of a rear-ending vehicle in a reasonably foreseeable impact;

   b. The trailer's under-ride guard was too high above the road surface to permit a rear-ending vehicle's frame and structure from proximately engaging it during a reasonably foreseeable impact;

   c. The trailer's under-ride guard was defective, unreasonably dangerous, and created an unreasonable risk of enhanced injuries to users;

   d. The trailer's adjustable rear axles permit location forward enough from the ICC bumper to permit passenger cars such as the subject Sentra to underride the trailer and enhance injuries by invading the occupant space of Bethany M. Yedinak.

44. As a direct and proximate result of the unreasonably dangerous condition of the Great Dane trailer and under-ride guard, Bethany M. Yedinak suffered severe and fatal injuries of personal pecuniary nature, as a further and proximate result of the dangerous condition of the Great Dane Trailer and its under-ride guard and the injuries and death of Bethany M. Yedinak. Linda and Kevin Yedinak, Bethany M. Yedinak's surviving parents, incurred medical, funeral, and ancillary costs for which they claim damages pursuant to the Missouri Wrongful Death Act.

45. As a further and proximate result of the unreasonably dangerous condition of the Great Dane trailer, Bethany M. Yedinak died on June 15, 2014 and is survived by her parents Linda and Kevin Yedinak.

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, for damages, aggravating circumstances, and costs of this action, in an amount in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) and for such other and further relief as the Court deems just; and for a trial by jury on all issues so triable as a matter of right.

### COUNT III-LOSS OF SERVICES, COMPANIONSHIP, COMFORT INSTRUCTION, GUIDANCE, COUNSEL AND TRAINING AGAINST ALL DEFENDANTS
### (WRONGFUL DEATH OF BETHANY M. YEDINAK)

46. The facts and allegations contained in the paragraphs above are incorporated herein by reference.

47. As a direct and proximate result of one or more of the negligent acts or omissions of Defendants, Bethany M. Yedinak suffered conscious pain and suffering prior to her death on June 15, 2014.

48. Bethany M. Yedinak left surviving Plaintiffs Linda and Kevin Yedinak as her heirs. These Plaintiffs have suffered severe pecuniary loss and loss of services, companionship, comfort, instruction, guidance, counsel, and training as a direct result of the wrongful death of Bethany M. Yedinak.

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, for damages, aggravating circumstances, and costs of this action, in an amount in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) and for such other and further relief as this Court deems just; and for a trial by jury on all issues so triable as a matter of right.

### COUNT IV-PUNITIVE DAMAGES CLAIM AGAINST ALL DEFENDANTS

49. The facts and allegations contained in the paragraphs above are incorporated herein by reference.

50. Defendants' actions were willful, wanton, reckless, and displayed a complete indifference to and conscious disregard for the safety of Bethany M. Yedinak.

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, for punitive damages, and costs of this action, in an amount in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) and for such other and further relief as the Court deems just; and for a trial by jury on all issues so triable as a matter of right.

Respectfully submitted,

DEFEO AND KOLKER, LLC

By: /s/ Daniel T. DeFeo
Daniel T. DeFeo, Mo #35161
Scott L. Kolker, Mo #44161
7700 Bonhomme Ave. Suite 350
St. Louis, MO 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile
ddefeo@defeokolker.com
slk@defeokolker.com

Attorneys for Plaintiffs



# IN THE 13TH JUDICIAL CIRCUIT COURT, CALLAWAY COUNTY, MISSOURI

| Judge or Division: <br> JEFF HARRIS | Case Number: 17CW-CV00410 |
|---|---|
| Plaintiff/Petitioner: <br> LINDA YEDINAK <br><br> vs. | Plaintiff's/Petitioner's Attorney/Address <br> DANIEL TIMOTHY DEFEO <br> 1627 MAIN STREET <br> SUITE 801 <br> KANSAS CITY, MO  64108 |
| Defendant/Respondent: <br>  GREAT DANE LLC, D/B/A GREAT DANE TRAILERS | Court Address: <br> 10 E. 5TH ST <br> FULTON, MO  65251 |
| Nature of Suit: <br> CC Wrongful Death | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  GREAT DANE LLC, D/B/A GREAT DANE TRAILERS
Alias:
300 B EAST HIGH STREET
JEFFERSON CITY, MO  65101

*COURT SEAL OF*

*CALLAWAY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____6/9/2017_____                      _____/s/ Sarah Baker_____
Date                                                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server                     Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____     _____
                                          Date                                            Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-443        1 of 1        Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 2:17-cv-04131-BCW   Document 1-1   Filed 07/27/17   Page 14 of 17



# IN THE 13TH JUDICIAL CIRCUIT COURT, CALLAWAY COUNTY, MISSOURI

| Judge or Division:<br>JEFF HARRIS | Case Number: 17CW-CV00410 |
|---|---|
| Plaintiff/Petitioner:<br>LINDA YEDINAK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL TIMOTHY DEFEO<br>1627 MAIN STREET<br>SUITE 801<br>KANSAS CITY, MO 64108 |
| Defendant/Respondent:<br>GREAT DANE LLC, D/B/A GREAT DANE TRAILERS | Court Address:<br>10 E. 5TH ST<br>FULTON, MO 65251 |
| Nature of Suit:<br>CC Wrongful Death | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: RJ TRUCK LINES LLC
Alias:
5817 COMMODORE COVE DRIVE
LAS VEGAS, NV 89142

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____6/9/2017_____        _____/s/ Sarah Baker_____
           Date                                    Clerk

**CALLAWAY COUNTY**    Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
(Seal)  Subscribed and sworn to before me on _____ (date).
My commission expires: _____    _____
                           Date                 Notary Public

**Sheriff's Fees**
Summons                     $_____
Non Est                     $_____
Sheriff's Deputy Salary
Supplemental Surcharge      $   10.00
Mileage                     $_____ (_____ miles @ $._____ per mile)
Total                       $_____
A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-444    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 2:17-cv-04131-BCW    Document 1-1    Filed 07/27/17    Page 15 of 17



# IN THE 13TH JUDICIAL CIRCUIT COURT, CALLAWAY COUNTY, MISSOURI

| Judge or Division: JEFF HARRIS | Case Number: 17CW-CV00410 | |
|---|---|---|
| Plaintiff/Petitioner: LINDA YEDINAK | Plaintiff's/Petitioner's Attorney/Address DANIEL TIMOTHY DEFEO 1627 MAIN STREET SUITE 801 KANSAS CITY, MO 64108 | |
| vs. | | |
| Defendant/Respondent: GREAT DANE LLC, D/B/A GREAT DANE TRAILERS | Court Address: 10 E. 5TH ST FULTON, MO 65251 | |
| Nature of Suit: CC Wrongful Death | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: JOSEPH L CARDENAS-VILLAPANDO
Alias:
4327 WYNDHAM STREET
LAS VEGAS, NV 89115

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____6/9/2017_____  _____/s/ Sarah Baker_____
Date  Clerk

**CALLAWAY COUNTY**  Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____  _____
Printed Name of Sheriff or Server  Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

(Seal)  Subscribed and sworn to before me on _____ (date).
My commission expires: _____  _____
Date  Notary Public

**Sheriff's Fees**
Summons  $_____
Non Est  $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $   10.00
Mileage  $_____ (____ miles @ $____ per mile)
Total  $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-445    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 2:17-cv-04131-BCW   Document 1-1   Filed 07/27/17   Page 16 of 17



**FILED** JUL 13 2017
JUDY O. GRONER
CIRCUIT CLERK
CALLAWAY COUNTY, MISSOURI

# IN THE 13TH JUDICIAL CIRCUIT COURT, CALLAWAY COUNTY, MISSOURI

| Judge or Division:<br>JEFF HARRIS | Case Number: 17CW-CV00410 |
|---|---|
| Plaintiff's/Petitioner:<br>LINDA YEDINAK | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL TIMOTHY DEFEO<br>1627 MAIN STREET<br>SUITE 801<br>KANSAS CITY, MO 64108 |
| vs. | |
| Defendant/Respondent:<br>GREAT DANE LLC, D/B/A GREAT DANE TRAILERS | Court Address:<br>10 E. 5TH ST<br>FULTON, MO 65251 |
| Nature of Suit:<br>CC Wrongful Death | |

**RECEIVED** JUN 16 2017 COLE COUNTY SHERIFF'S OFFICE

**RECEIVED** JUN 28 2017 (Date File Stamp) COLE COUNTY SHERIFF'S OFFICE

## Summons in Civil Case

The State of Missouri to: GREAT DANE LLC, D/B/A GREAT DANE TRAILERS
300 B EAST HIGH STREET
JEFFERSON CITY, MO 65101
Alias: Universal Registered Agents, Inc.

COURT SEAL OF
CALLAWAY COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____6/9/2017_____ _____/s/ Sarah Baker_____
Date Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
___Lora Anderson___ (name) ___Agent___ (title).
☐ other _____
Served at ___300 E High___ (address)
in ___Cole___ (County/City of St. Louis), MO, on ___6/30/17___ (date) at ___1:00p___ (time).
___John Pinkel___ ___/s/ Jeff Smith 81___
Printed Name of Sheriff or Server Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
Date Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (___ miles @ $___ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 17-SMCC-443    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 2:17-cv-04131-BCW   Document 1-1   Filed 07/27/17   Page 17 of 17