UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LINDA AND KEVIN YEDINAK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: |
| ) | |
| GREAT DANE LLC, et al. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT

After first being duly sworn:

1. I, David M. Rubin, being over the age of 21 years and of sound hereby state that the following statements are based on knowledge are true and accurate.

2. I am Vice President of Great Dane LLC.

3. At the time of the filing of this lawsuit, the membership of Defendant Great Dane LLC is comprised of four LLC's: Dane Acquisitions S LLC, a Delaware limited liability company; HCNI I LLC, an Illinois limited lability company; Pines S LLC, an Illinois limited liability company, and Trailer Investors LLC, an Illinois limited liability company.

4. At the time of the filing of this lawsuit, all members of Dane Acquisitions S LLC were citizens of Illinois or California.

5. At the time of the filing of this lawsuit, all members of HCNI I LLC were citizens of Illinois.

5. At the time of the filing of this lawsuit, all members of Pines S LLC were citizens of Illinois.

6. At the time of the filing of this lawsuit, all members of Trailer Investors LLC, were citizens of either Illinois, South Dakota, or Delaware.

EXHIBIT B

Further Affiant Sayeth Naught.

*[Signature]*

STATE OF Illinois    )
                     )  SS
COUNTY OF Cook       )

Subscribed and sworn to before me this 26th day of July, 2017.

*[Signature]*
Notary Public

My Commission Expires: 2-15-2020

```
"OFFICIAL SEAL"
AMY K. LEUENBERGER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02-15-2020
```